Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as Wells Fargo Consumer Group)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MYONG H. LEONI,<br><br>          Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; WELLS FARGO CONSUMER GROUP; EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendants. | Case No. 2:17-cv-00765-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

It is hereby stipulated by and between Plaintiff Myong H. Leoni ("Plaintiff"), through her attorneys, Haines & Krieger, and Defendant Wells Fargo Bank, N.A ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed her Complaint on March 16, 2017 [Docket No. 1]. Wells Fargo was served on March 28, 2017, and its response is due on or about April 19, 2017. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo shall have until **May 12, 2017**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that the parties may discuss settlement.

1  Dated March 31, 2017

| HAINES & KRIEGER, LLC | Snell & Wilmer L.L.P. |
|---|---|
| By: */s/ David Krieger* <br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Myong Leoni* | By: */s/ Tanya N. Lewis* <br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A. (incorrectly sued as*<br>*Wells Fargo Financial Acceptance and*<br>*Wells Fargo Consumer Group)* |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# ORDER

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before May 12, 2017.**

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED \_\_\_\_ April 3, 2017

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A.'s TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** by the method indicated below:

| _____ | U.S. Mail | _____ | Federal Express |
|---|---|---|---|
| _____ | U.S. Certified Mail | ___X___ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

DATED this 31st day of March, 2017.

> */s/ Nissa Riley*
> An Employee of Snell & Wilmer L.L.P.

4813-4358-4838

- 4 -