David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MYONG H. LEONI*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MYONG H. LEONI, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC; WELLS FARGO CONSUMER GROUP; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-00765-RFB-CWH <br><br> **STIPULATION AND ORDER DISMISSING ACTION AS TO WELLS FARGO CONSUMER GROUP ONLY** |

Plaintiff MYONG H. LEONI and Defendant WELLS FARGO CONSUMER GROUP hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

…

shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO CONSUMER GROUP**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 17, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Tanya N. Lewis, Esq.
Tanya N. Lewis, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant WELLS FARGO CONSUMER GROUP*

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 20th day of October, 2017.